UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TREVOR R. MILTON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER S. ESSICK and PAUL LACKEY,<br><br>Defendants. | **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO SEAL AND REDACT THE PERSONAL ADDRESS AND OTHER PERSONALLY IDENTIFIABLE INFORMATION OF FBI AGENT FROM THE PUBLIC RECORD**<br><br>Case No. 2:26-cv-01005-DBP<br><br>Magistrate Judge Dustin B. Pead |

This matter came before the Court on interested party United States of America's Motion to Seal and Redact the Personal Address and Other Personally Identifiable Information of FBI Agent from the Public Record (ECF __). The United States seeks an order redacting the personal address of Defendant FBI agent Christopher Essick listed in the summons Plaintiff filed on the docket, and for an order redacting Agent Essick's personal address, telephone numbers, or email addresses in any other document filed in this case. For good cause shown, pursuant to Fed. R. Civ. P. 5.2(e) and based on the security concerns cited by the United States in its Motion, the Motion is granted. Accordingly, it is ORDERED that:

(1) The United States' Motion to Redact (ECF __) is GRANTED.

(2) The Clerk of Court is directed to immediately seal the original summons, ECF 5.

(3) Plaintiff shall file a redacted copy of the Essick summons on the docket no later than ___.

(4) Any document filed in this case that contains Agent Essick's personal address, telephone numbers, or email addresses shall redact that information.

Dated this ___ day of _________, 2026.

______________________________
DUSTIN B. PEAD
United States Magistrate Judge