BRENT O. HATCH (5715)
ADAM M. PACE (14278)
**HATCH LAW GROUP, P.C.**
22 East 100 South
Salt Lake City, Utah 84111
(801) 869-1919
hatch@hatchpc.com
pace@hatchpc.com

ROBERT S. FRENCHMAN (*pro hac vice* application forthcoming)
LANCE O. ADUBA (*pro hac vice* application forthcoming)
**DYNAMIS LLP**
233 Broadway, Suite 1750
New York, NY 10279
(212) 229-3920
rfrenchman@dynamisllp.com
laduba@dynamisllp.com

*Attorneys for Plaintiff Trevor R. Milton*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| TREVOR R. MILTON,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER S. ESSICK and PAUL LACKEY,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:26-cv-01005-DBP<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff Trevor R. Milton hereby provides notice of the voluntary dismissal of the complaint in this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 30, 2026

**HATCH LAW GROUP, P.C.**

*/s/ Brent O. Hatch*
Brent O. Hatch
Adam M. Pace

**DYNAMIS LLP**
Robert S. Frenchman
Lance O. Aduba

*Attorneys for Plaintiff Trevor R. Milton*